DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MICHAEL CHAPARRO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0676

————————————————

October 10, 2025

Appeal pursuant to Fla. R. App. P. 9.141 (b)(2) from the Circuit Court for Pasco County, Joshua Riba, Judge.

Brooke Elvington, Dunedin, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

LUCAS, C.J., and KHOUZAM and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.